**FILED**

FEB 0 4 2009

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| --- | --- |
| V. | DISTRICT |
| Danian Terzo | |

FILED FEB 0 4 2009 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| DOCKET NUMBER | | MAGISTRATE JUDGE | |
| --- | --- | --- | --- |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDCA | NDNY | 3 09 70117 MEJ | 3:05CR0376-001 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☑ Other (specify) Supervised Release Violation

charging a violation of   18   U.S.C. § 3583

**DISTRICT OF OFFENSE**   NDNY

**DESCRIPTION OF CHARGES:**

Supervised release violations.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:**  ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☑ No  ☐ Yes   Language:

Northern   DISTRICT OF  California

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2-5-2009
Date

**Maria Elena James**
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| --- | --- | --- |
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| --- | --- | --- |
| | | |